# UNITED STATES BANKRUPTCY COURT
## NEW JERSEY DISTRICT OF NEW JERSEY
### NEWARK DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 20-19202-RG |
| NATHAN J YUNKER AND JILLIAN ) | CHAPTER 13 |
| L ENGE-YUNKER ) | |
| DEBTORS ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 335 BENSON PLACE, WESTFIELD, NJ 07090 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******1486**

NOW COMES Caliber Home Loans, Inc., by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Andrew Spivack
Brock and Scott, PLLC
Attorneys at Law
309 Fellowship Road, Ste 400
Mount Laurel, NJ 08054
NJBKR@brockandscott.com

Caliber Home Loans, Inc.
16745 W. Bernardo Dr.
Suite 300
San Diego, California 92127

Please take notice that the undersigned hereby appears as counsel for Caliber Home Loans, Inc. pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the

20-07011 BKOBJ01




instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

                                                                   RESPECTFULLY SUBMITTED,

/s/ Andrew Spivack
Andrew Spivack
Attorney at Law (018141999)
Brock & Scott, PLLC
309 Fellowship Road, Ste 400
Mount Laurel, NJ 08054
844-856-6646 x3017
704-369-0760
NJBKR@brockandscott.com

20-07011 BKOBJ01

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on <u>October 21, 2020</u> to the following:

NATHAN J YUNKER
335 BENSON PL
WESTFIELD, NJ 07090

JILLIAN L ENGE-YUNKER
335 BENSON PL
WESTFIELD, NJ 07090

Scura, Wigfield, Heyer & Stevens
1599 Hamburg Turnpike
Wayne, NJ 07470

Marie-Ann Greenberg, Bankruptcy Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004

US Dept of Justice, US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102

/s/ Andrew Spivack
Andrew Spivack
Attorney at Law (018141999)
Brock & Scott, PLLC
309 Fellowship Road, Ste 400
Mount Laurel, NJ 08054
844-856-6646 x3017
704-369-0760
NJBKR@brockandscott.com

20-07011 BKOBJ01