| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>K&L Gates LLP<br>William L. Waldman, Esq.<br>Sabrina N. Espinal, Esq.<br>One Newark Center<br>1085 Raymond Boulevard, 10th Floor<br>Newark, NJ 07102<br>Telephone: (973) 848-4000<br>Facsimile: (973) 848-4001<br>William.Waldman@klgates.com<br>Sabrina.Espinal@klgates.com<br>Attorneys for Provident Bank | |
| In Re:<br><br>NATHAN J. YUNKER AND JILLIAN L. ENGE-YUNKER,<br>                  Debtors. | Case No.:  20-19202<br><br>Chapter:  13<br><br>Hearing Date:  4/2/2025<br><br>Judge:  R. Gambardella |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Provident Bank's Motion for Relief from Automatic Stay (ECF Doc. No. 104) set for a hearing on 4/2/2025 at 10:00 a.m.

Date: 3/25/2025

/s/ Sabrina Espinal, Esq.
Signature

*rev.8/1/15*